UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)
www.flsb.uscourts.gov

| | |
|---|---|
| In re | CASE NO. 09-21481-BKC-AJC |
| | CHAPTER 7 |
| FONTAINEBLEAU LAS VEGAS | (Jointly Administered) |
| HOLDINGS, LLC, et al., | |
| Debtors. | |
| _____ / | |
| SONEET KAPILA, not individually but | ADV. NO.  15-01002-BKC-AJC |
| as Chapter 7 trustee of the above-styled | |
| jointly administered Debtors, | |
| Plaintiff, | |
| v. | |
| NATIONAL UNION FIRE INSURANCE CO. | |
| OF PITTSBURGH, PA, et al. | |
| _____/ | |

## PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE

Plaintiff, SONEET R. KAPILA, as Chapter 7 Trustee for the bankruptcy estate of Fontainebleau Las Vegas Holdings, LLC and each of the above jointly administered debtor estates (the "Trustee"), by and through undersigned counsel and pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), as incorporated herein by Fed. R. Bankr. P. 7041, files this notice of voluntary dismissal with prejudice of this adversary proceeding and the claims asserted herein pursuant to and as stipulated in that certain Binding Settlement Agreement, dated January 12, 2015, by and between, among others, the Trustee and each of the party defendants herein (the "Settlement"), which Settlement was approved by Order of the Court dated January 21, 2015 (Main Case No. 09-21481-BKC-AJC, ECF No. 4819).  Pursuant to the Settlement, each party hereto shall bear its own attorneys' fees and costs.

Dated this 12th day of February, 2015.

> GENOVESE JOBLOVE & BATTISTA, P.A.
> *Special Counsel for the Trustee*
> 100 S.E. Second Street, 44th Floor
> Miami, FL 33131
> Tel.: (305) 349-2300
> Fax: (305) 349-2310
> Email: dcimo@gjb-law.com
> Email: jgenovese@gjb-law.com
> Email: pbattista@gjb-law.com
>
> By: /s/ David C. Cimo
>     David C. Cimo, Esq.
>     Fla. Bar No. 775400

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE was served via CM/ECF and/or U.S. mail to the parties on the attached Service List this 12th day of February, 2015.

> By: /s/ David C. Cimo
>     David C. Cimo

2

## SERVICE LIST

National Union Fire Insurance Co. of
Pittsburgh, PA
c/o Chief Financial Officer, Registered Agent
200 E. Gaines St.
Tallahassee, FL 32399
(Via U.S. Mail)

National Union Fire Insurance Co. of Pittsburgh, PA
Attn: Robert S. Schimek, President
175 Water Street
New York, NY 10038
(Via U.S. Mail)

XL Specialty Insurance Company
c/o Chief Financial Officer,
Registered Agent
200 E. Gaines St.
Tallahassee, FL 32399
(Via U.S. Mail)

XL Specialty Insurance Company
Attn: Gabriel Carino, Vice President
70 Seaview Avenue
Stamford, CT 06902
(Via U.S. Mail)
Navigators Insurance Company
c/o Chief Financial Officer,
Registered Agent
200 E. Gaines St.
Tallahassee, FL 32399
(Via U.S. Mail)

Navigators Insurance Company
Attn: Stanley A. Galanski, President
400 Atlantic Street, 8th Floor
Stamford, CT 06901
(Via U.S. Mail)

Catlin Specialty Insurance Company
c/o NRAI Services, Inc. ,
Registered Agent
1200 S. Pine Island Road
Plantation, FL 33324
(Via U.S. Mail)

Catlin Specialty Insurance Company
Attn: Andrew N. McMellin, President
3340 Peachtree Rd. NE, Ste 2950
Atlanta, GA 33026
(Via U.S. Mail)

Federal Insurance Company
c/o Chief Financial Officer,
Registered Agent
200 E. Gaines St.
Tallahassee, FL 32399
(Via U.S. Mail)

Federal Insurance Company
c/o Patricia Tomczyk, Assistant Secretary
15 Mountain View Road
Warren, NJ 07061-1615
(Via U.S. Mail)

Great American Insurance Company
c/o Chief Financial Officer,
Registered Agent
200 E. Gaines St.
Tallahassee, FL 32399
(Via U.S. Mail)

Great American Insurance Company
Attn: Carl H. Lindner III, CEO
301 E. Fourth St
Cincinnati, OH 45202-4201
(Via U.S. Mail)

Illinois National Insurance Company
c/o Chief Financial Officer,
Registered Agent
200 E. Gaines St.
Tallahassee, FL 32399
(Via U.S. Mail)

Illinois National Insurance Company
Attn: Robert S. Schimek, President
175 Water Street
New York, NY 10038
(Via U.S. Mail)

4

Westchester Fire Insurance Company
c/o Chief Financial Officer,
Registered Agent
200 E. Gaines St.
Tallahassee, FL 32399
(Via U.S. Mail)

Westchester Fire Insurance Company
Attn: John Lupica, President
436 Walnut St
Philadelphia, PA 19106
(Via U.S. Mail)

Brigade Leveraged Capital Structures Fund Ltd.
c/o Brigade Capital Management, LLC
Attn: Donald E. Morgan, Managing Member
399 Park Avenue, 16th Floor
New York, NY 10022
(Via U.S. Mail)

JONES DAY
Bruce S. Bennett, Esq.
Sidney P. Levinson, Esq.
555 South Flower Street, 50th Floor
Los Angeles, CA 90071
Telephone: (213) 489-3939
Facsimile: (213) 243-2539
Email: *bbennett@jonesday.com*
Email: *slevinson@jonesday.com*
(Via U.S. Mail and E-Mail)
Battalion CLO 2007-I Ltd.
c/o Brigade Capital Management, LLC
Attn: Donald E. Morgan, Managing Member
399 Park Avenue, 16th Floor
New York, NY 10022
(Via U.S. Mail)

JONES DAY
Joshua D. Morse, Esq.
555 California Street, 26th Floor
San Francisco, CA 94104
Telephone: (415) 626-3939
Facsimile: (415) 875-5700
Email: *jmorse@jonesday.com*
(Via U.S. Mail and E-Mail)

5

Canpartners Investments IV LLC
c/o Canyon Partners, LLC
Attn: Jonathan M. Kaplan, as authorized
signatory of Canyon Capital Advisors LLC, its
Manager
2000 Avenue of the Stars, 11th Floor
Los Angeles, CA 90067
(Via U.S. Mail)

AKERMAN LLP
Michael I. Goldberg, Esq.
350 East Las Olas Boulevard, Suite 1600
Fort Lauderdale, FL 33301
Tel: 954.468.2444
Fax: 954.463.2224
Email: *michael.goldberg@akerman.com*
(Via U.S. Mail and E-Mail)

Caspian Capital Partners LP
c/o Mariner Investment Group, LLC
Attn: David Corleto, Principal
500 Mamaroneck Avenue, Suite 101
Harrison, NY 10528
(Via U.S. Mail)

AKERMAN LLP
Joanne Gelfand, Esq.
One Southeast Third Avenue, 25th Floor
Miami, Florida 33131-1714
Telephone: (305) 374-5600
Facsimile: (305) 982-5694
Email: *joanne.gelfand@akerman.com*
(Via U.S. Mail and E-Mail)

Caspian Select Credit Master Fund Ltd
c/o Mariner Investment Group, LLC
Attn: David Corleto, Principal
500 Mamaroneck Avenue, Suite 101
Harrison, NY 10528
(Via U.S. Mail)

HOLLAND & KNIGHT LLP
John J. Monaghan, Esq.
10 St. James Place,

6

11th Floor, Boston, Massachusetts 02116
Telephone: (617) 523-2700
Facsimile: (617) 523-6850
Email: john.monaghan@hklaw.com
(Via U.S. Mail and E-Mail)

Mariner LDC
c/o Mariner Investment Group, LLC
Attn: David Corleto, Principal
500 Mamaroneck Avenue, Suite 101
Harrison, NY 10528
(Via U.S. Mail)

HOLLAND & KNIGHT LLP
Jose A. Casal, Esq.
Joaquin Alemany, Esq.
Michael E. Rothenberg, Esq.
701 Brickell Avenue, 33rd Floor
Miami, Florida 33131
Telephone: (305) 374-8500
Facsimile: (305) 789-7799
E-mail: jose.casal@hklaw.com
E-mail: joaquin.alemany@hklaw.com
E-mail: michael.rothenberg@hklaw.com
(Via U.S. Mail and E-Mail)

Caspian Alpha Long Credit Fund, L.P.
c/o Mariner Investment Group, LLC
Attn: David Corleto, Principal
500 Mamaroneck Avenue, Suite 101
Harrison, NY 10528
(Via U.S. Mail)

KLEHR HARRISON HARVEY
BRANZBURG LLP
William A. Harvey (Pa. I.D. 25344)*
Diana L. Eisner (Pa. I.D. 309237)*
1835 Market Street, Suite 1400
Philadelphia, PA 19103
Tel: (215) 569-2700
Fax: (215) 568-6603
Email: WHarvey@klehr.com
Email: DEisner@klehr.com
(Via U.S. Mail and E-Mail)

Caspian Solitude Master Fund, L.P.
c/o Mariner Investment Group, LLC
Attn: David Corleto, Principal
500 Mamaroneck Avenue, Suite 101
Harrison, NY 10528
(Via U.S. Mail)

DLA Piper LLP (US)
Craig V. Rasile, Esq.
200 South Biscayne Boulevard, Suite 2500
Miami, FL 33131-5341
Telephone: 305-423-8500
Facsimile: 305-437-8131
Email: craig.rasile@dlapiper.com
(Via U.S. Mail and E-Mail)

ING Prime Rate Trust
c/o ING Investment Management
Attn: William H. Rivoir III, Senior Vice
President
7337 E. Doubletree Ranch Road
Scottsdale, AZ 85258
(Via U.S. Mail)

Munger, Tolles & Olson LLP
Todd J. Rosen, Esq.
355 South Grand Avenue, 35th Floor
Los Angeles, CA 90071
Telephone: 213-683-9222
Facsimile: 213-683-4022
Email: todd.rosen@mto.com
(Via U.S. Mail and E-Mail)

ING Senior Income Fund
c/o ING Investment Management
Attn: William H. Rivoir III, Senior Vice
President
7337 E. Doubletree Ranch Road
Scottsdale, AZ 85258
(Via U.S. Mail)

MASLON EDELMAN BORMAN
& BRAND, LLP
Clark Whitmore, Esq.
90 South Seventh Street, Suite 3300
Minneapolis, Minnesota 55402

8

Telephone: (612) 672-8200
Facsimile: (612) 672-8397
Email: clark.whitmore@maslon.com
(Via U.S. Mail and E-Mail)
ING International (II) - Senior Bank Loans Euro
c/o ING Investment Management
Attn: William H. Rivoir III, Senior Vice
President
7337 E. Doubletree Ranch Road
Scottsdale, AZ 85258
(Via U.S. Mail)

SQUIRE PATTON BOGGS (US) LLP
Andrew R. Kruppa, Esq.
200 South Biscayne Boulevard, Suite 4100
Miami, FL 33131
Telephone: (305) 577-7000
Facsimile: (305) 577-7001
Email: andrew.kruppa@squirepb.com
(Via U.S. Mail and E-Mail)

ING Investment Management CLO I Ltd
c/o ING Investment Management
Attn: William H. Rivoir III, Sr. V.P.
7337 E. Doubletree Ranch Road
Scottsdale, AZ 85258
(Via U.S. Mail)

Counsel for Defendant Jeffrey Soffer
BERGER SINGERMAN, P.A.
Paul Singerman, Esq.
James Gassenheimer, Esq.
1450 Brickell Ave. Suite 1900,
Miami, FL 33131,
Telephone: (305) 755-9500
Facsimile: (305) 714-4340
Email: singerman@bergersingerman.com
jgassenheimer@bergersingerman.com
(Via U.S. Mail and E-Mail)

ING Investment Management CLO II Ltd
c/o ING Investment Management
Attn: William H. Rivoir III, Senior Vice
President
7337 E. Doubletree Ranch Road
Scottsdale, AZ 85258

(Via U.S. Mail)

Counsel for Defendant James Freeman
Merrick Gross, Esq.
Carlton Fields, P.A.
100 S.E. Second Street, Suite 4200
Miami, Florida 33131
Telephone: (305) 530-0050
Facsimile: (305) 530-0055
E-mail: mgross@carltonfields.com
(Via U.S. Mail and E-Mail)

ING Investment Management CLO III Ltd
c/o ING Investment Management
Attn: William H. Rivoir III, Senior Vice
President
7337 E. Doubletree Ranch Road
Scottsdale, AZ 85258
(Via U.S. Mail)

Counsel for Defendant James Freeman
Christopher Nowlin, Esq.
Dean J. Kitchens, Esq.
Gibson Dunn
333 S Grand Ave
Los Angeles, CA 90071
Telephone: 213.229.7352
Fax: 213.229.6352
Email: cnowlin@gibsondunn.com
Email: dkitchens@gibsondunn.com
(Via U.S. Mail and E-Mail)

ING Investment Management CLO IV Ltd
c/o ING Investment Management
Attn: William H. Rivoir III, Senior Vice
President
7337 E. Doubletree Ranch Road
Scottsdale, AZ 85258
(Via U.S. Mail)

Counsel for Defendant Devendra Kumar
Alexandra D. Blye, Esq.
Carlton Fields
525 Okeechobee Blvd # 1200
West Palm Bch, FL 33401
Telephone: (561) 659-7070

Fax : (561) 659-7368
Email: ablye@carltonfields.com
(Via U.S. Mail and E-Mail)

ING Investment Management CLO V Ltd
c/o ING Investment Management
Attn: William H. Rivoir III, Senior Vice
President
7337 E. Doubletree Ranch Road
Scottsdale, AZ 85258
(Via U.S. Mail)

Counsel for Defendant Devendra Kumar
Merrick Gross, Esq.
Carlton Fields, P.A.
100 S.E. Second Street, Suite 4200
Miami, Florida 33131
Telephone: (305) 530-0050
Facsimile: (305) 530-0055
E-mail: mgross@carltonfields.com
(Via U.S. Mail and E-Mail)

Phoenix CLO I, Ltd.
c/o ING Investment Management
Attn: William H. Rivoir III, Senior Vice
President
7337 E. Doubletree Ranch Road
Scottsdale, AZ 85258
(Via U.S. Mail)

Counsel for Defendant Albert Kotite
Jeffrey T. Foreman, Esq.
Kenny Nachwalter
201 S Biscayne Blvd # 1100
Miami, FL 33131
Telephone: 305-373-1000
Facsimile: 305-372-1861
Email: jforeman@kennynachwalter.com
(Via U.S. Mail and E-Mail)

Phoenix CLO II, Ltd.
c/o ING Investment Management
Attn: William H. Rivoir III, Senior Vice
President
7337 E. Doubletree Ranch Road
Scottsdale, AZ 85258

(Via U.S. Mail)

Counsel for Defendant Glenn Schaeffer
Arthur C. Neiwirth, Esq.
Quintairos, Prieto, Wood & Boyer, P.A.
1 E Broward Blvd #1400
Fort Lauderdale, FL 33301
Phone: 954.523.7008
Fax : 954.523.7009
Email: aneiwirth@qpwblaw.com
(Via U.S. Mail and E-Mail)

Phoenix CLO III, Ltd.
c/o ING Investment Management
Attn: William H. Rivoir III, Senior Vice
President
7337 E. Doubletree Ranch Road
Scottsdale, AZ 85258
(Via U.S. Mail)

Counsel for Defendant Albert Kotite
Andrew B. Zinman, Esq.
Barry Kingham, Esq.
Curtis, Mallet-Prevost, Colt & Mosle LLP
101 Park Avenue
New York, New York 10178-0061
Direct: (212) 696-6928
Fax: (917) 368-8942
Email: azinman@curtis.com
Email: bkingham@curtis.com
(Via U.S. Mail and E-Mail)

Venture II CDO 2002 Limited
c/o MJX Asset Management, LLC
Attn: Hans Christensen, CEO
12 East 49th Street, 29th Floor
New York, NY 10017
(Via U.S. Mail)

Counsel for Defendant Glenn Schaeffer
Represented by Manuel L. Dobrinsky, Esq.
2 S. Biscayne Blvd., Suite 3100
Miami, FL 33131
Tel: 305-371-3666
Fax: 305-371-6725
E-mail: mdobrinsky@fdlaw.net

(Via U.S. Mail and E-Mail)

Venture III CDO Limited
c/o MJX Asset Management, LLC
Attn: Hans Christensen, CEO
12 East 49th Street, 29th Floor
New York, NY 10017
(Via U.S. Mail)

Counsel for Defendant Bruce Weiner
Steven I. Silverman, Esq.
Kluger Kaplan
201 S. Biscayne Blvd 17th Florr
Miami, FL 33131
Phone 305-379-9000
Fax 305-379-3428
Email: ssilverman@klugerkaplan.com
(Via U.S. Mail and E-Mail)

Venture IV CDO Limited
c/o MJX Asset Management, LLC
Attn: Hans Christensen, CEO
12 East 49th Street, 29th Floor
New York, NY 10017
(Via U.S. Mail)


Counsel for Defendant Glenn Schaeffer
Ronald P. Hanes, Esq.
Trombley & Hanes, P.A.
707 N. Franklin Street, Floor 10
Tampa, FL 33602
Tel: 813-229-7918
Fax: 813-223-5204
E-mail: rhanes@trombleyhaneslaw.com
(Via U.S. Mail and E-Mail)

Venture V CDO Limited
c/o MJX Asset Management, LLC
Attn: Hans Christensen, CEO
12 East 49th Street, 29th Floor
New York, NY 10017
(Via U.S. Mail)

Counsel for Defendant Devendra Kumar
Christopher Nowlin, Esq.

13

Dean J. Kitchens
333 S Grand Ave
Los Angeles, CA 90071
Telephone: 213.229.7352
Fax: 213.229.6352
Email: cnowlin@gibsondunn.com
Email: dkitchens@gibsondunn.com
(Via U.S. Mail and E-Mail)

Venture VI CDO Limited
c/o MJX Asset Management, LLC
Attn: Hans Christensen, CEO
12 East 49th Street, 29th Floor
New York, NY 10017
(Via U.S. Mail)

Counsel for Defendant James Freeman
Alexandra D. Blye, Esq.
Carlton Fields
525 Okeechobee Blvd # 1200
West Palm Bch, FL 33401
Telephone: (561) 659-7070
Fax : (561) 659-7368
Email: ablye@carltonfields.com
(Via U.S. Mail and E-Mail)

Venture VII CDO Limited
c/o MJX Asset Management, LLC
Attn: Hans Christensen, CEO
12 East 49th Street, 29th Floor
New York, NY 10017
(Via U.S. Mail)

Counsel for Defendant Ray Parello
James D. Gassenheimer, Esq.
David Gay, Esq.
Paul Steven Singerman, Esq.
Berger Singerman, P.A.
1450 Brickell Avenue, Suite 1900
Miami, FL 33131
Phone: (305) 755-9500
Fax: (305) 714-4340
Email: dgay@bergersingerman.com
Email: jgassenheimer@bergersingerman.com
Email: singerman@bergermansingerman.com

(Via U.S. Mail and E-Mail)

Venture VIII CDO Limited
c/o MJX Asset Management, LLC
Attn: Hans Christensen, CEO
12 East 49th Street, 29th Floor
New York, NY 10017
(Via U.S. Mail)

Counsel for: XL Specialty Insurance
Company
Gary V. Dixon, Esq.
Pamela L. Signorello, Esq.
TROUTMAN SANDERS, LLP
104 9th Street, N.W.
Suite 1000
Washington, DC 20004
Telephone: (202) 274-2950
Facsimile: (202-274-2994
Gary.dixon@troutmansanders.com
Pam.signorello@troutmansanders.com
(Via U.S. Mail and E-Mail)

Venture IX CDO Limited
c/o MJX Asset Management, LLC
Attn: Hans Christensen, CEO
12 East 49th Street, 29th Floor
New York, NY 10017
(Via U.S. Mail)

Counsel for: Federal Insurance Company
David Newmann, Esq.
HOGAN LOVELLS, US LLP
1835 Market Street
29th Floor
Philadelphia, PA 19103
Telephone: (267) 675-4600
Direct Dial: (267) 675-4610
Facsimile: (267) 675-4601
David.newmann@hoganlovells.com
(Via U.S. Mail and E-Mail)

Vista Leveraged Income Fund
c/o MJX Asset Management, LLC
Attn: Hans Christensen, CEO
12 East 49th Street, 29th Floor

New York, NY 10017
(Via U.S. Mail)

Counsel for: Illinois National Insurance
Company; and National Union Fire
Insurance Company of Pittsburgh
Jana I. Lubert, Esq.
LEWIS BRISBOIS BISGAARD & SMITH,
LLP
221 North Figueroa Street
Suite 1200
Los Angeles, California 90012
Telephone: (213) 250-1800
Direct Dial: (213) 680-5075
Facsimile: (213) 250-7900
lubert@lbbslaw.com
(Via U.S. Mail and E-Mail)

Veer Cash Flow CLO
c/o MJX Asset Management, LLC
Attn: Hans Christensen, CEO
12 East 49th Street, 29th Floor
New York, NY 10017
(Via U.S. Mail)

Counsel for: Navigators Insurance Company
Catlin Specialty Insurance Company
Brianne Biggiani, Esq.
Jennifer W. Wall, Esq.
LLOYD GRAY WHITEHEAD MONROE
2501 20th Place South
Suite 300
Birmingham, Alabama 35223
Telephone: (205) 967-8822
Facsimile: (205) 967-2380
bbiggiani@lgwmlaw.com
jwall@lgwmlaw.com
(Via U.S. Mail and E-Mail)

Monarch Master Funding Ltd.
c/o Monarch Alternative Capital LP
Attn: Christopher Santana, Managing Principal
535 Madison Avenue, 26th Floor
New York, NY 10022
(Via U.S. Mail)

Counsel for: Westchester Fire Insurance
Company (Ace)
John W. Bussey, III, Esq.
WILSON, ELSER, MOSKOWITZ, EDELMAN
& DICKER, LLP
105 East Robinson Street
4th Floor
Orlando, Florida 32801
Telephone: (407) 423-7287
Facsimile: (407) 648-1376
John.bussey@wilsonelser.com
(Via U.S. Mail and E-Mail)

SPCP Group, LLC
c/o Silver Point Capital, L.P.
Attn: Freg Fogel, Authorized Signatory
660 Steamboat Road, 3rd Floor
Greenwich, CT 6830
(Via U.S. Mail)

Counsel for: Navigators Insurance Company
Richard J. Lydecker, Esq.
Carlos DeZayas, Esq.
Steve Hunter Johnson, Esq.
LYDECKER DIAZ
1221 Brickell Avenue
19th Floor
Miami, Florida 33131
Telephone: (305) 416-3180
Facsimile: (305) 416-3190
rl@lydeckerdiaz.com
cdz@lydeckerdiaz.com
(Via U.S. Mail and E-Mail)

Sola Ltd.
c/o Solus Alternative Asset Management LLC
Attn: Christopher Pucillo, President
430 Park Avenue, 9th Floor
New York, NY 10022
(Via U.S. Mail)

Counsel for Great American Insurance
Company
James Skarzynski, Esq.
Edward Carleton, Esq.
BOUNDAS, SKARZYNSKI, WALSH AND

BLACK, LLC
One Battery Park Plaza
32nd Floor
New York, NY 10004
jskarzynski@bswb.com
ecarleton@bswb.com
(Via U.S. Mail and E-Mail)

Solus Core Opportunities Master Fund Ltd.
c/o Solus Alternative Asset Management LLC
Attn: Christopher Pucillo, President
430 Park Avenue, 9th Floor
New York, NY 10022
(Via U.S. Mail)

Counsel for: Westchester Fire Insurance
Company
Jonathan Meer, Esq.
David S. Sheiffer, Esq.
WILSON ELSER MOSKOWITZ EDELMAN
& DICKER LLP
150 East 42nd Street
New York, NY 10017
Telephone: (212) 915-5318
Facsimile: (212) 490-3038
jonathan.meer@wilsonelser.com
david.sheiffer@wilsonelser.com
(Via U.S. Mail and E-Mail)

Venor Capital Master Fund, Ltd.
c/o Venor Capital Management LP
Attn: Jeff Bersh, Director
7 Times Square, Suite 3505
New York, NY 10036
(Via U.S. Mail)

EHRENSTEIN CHARBONNEAU CALDERIN
Daniel Gold, Esq.
501 Brickell Key Drive, Suite 300,
Miami, FL 33131,
Telephone: (305) 722-2002
Facsimile: (305) 722-2001
Email: dg@ecclegal.com
(Via U.S. Mail and E-Mail)

San Gabriel CLO I Ltd.

18

c/o Churchill Pacific Asset Management LLC
Attn: John Casparian, Co-President
601 S. Figueroa St., Ste 3600
Los Angeles, CA 90017
(Via U.S. Mail)

Shasta CLO I Ltd.
c/o Churchill Pacific Asset Management LLC
Attn: John Casparian, Co-President
601 S. Figueroa St., Ste 3600
Los Angeles, CA 90017
(Via U.S. Mail)

Sierra CLO II Ltd.
c/o Churchill Pacific Asset Management LLC
Attn: John Casparian, Co-President
601 S. Figueroa St., Ste 3600
Los Angeles, CA 90017
(Via U.S. Mail)

Whitney CLO I Ltd.
c/o Churchill Pacific Asset Management LLC
Attn: John Casparian, Co-President
601 S. Figueroa St., Ste 3600
Los Angeles, CA 90017
(Via U.S. Mail)
Olympic CLO I Ltd.
c/o Churchill Pacific Asset Management LLC
Attn: John Casparian, Co-President
601 S. Figueroa St., Ste 3600
Los Angeles, CA 90017
(Via U.S. Mail)

Genesis CLO 2007-1 Ltd.
c/o Ore Hill Partners LLC
650 5th Ave, 36th Floor
New York, NY 10019-6108
(Via U.S. Mail)

JEFFREY SOFFER
8076 COUNTY ROAD 113
CARBONDALE, CO 81623
(Via U.S. Mail)

JEFFREY SOFFER
1616 W. 28TH STREET

MIAMI BEACH, FL 33140
(Via U.S. Mail)

ALBERT KOTITE
30 SOUTH COMPASS DRIVE
FORT LAUDERDALE, FL 33308-2006
(Via U.S. Mail)

RAYMOND PARELLO
16047 COLLINS AVENUE, APT. 1903
SUNNY ISLES BEACH, FL 33160-5570
(Via U.S. Mail)

BRUCE WEINER
212 N. GORDON ROAD
FT. LAUDERDALE, FL 33301
(Via U.S. Mail)

GLENN SCHAEFFER
2915 LAKE EAST DRIVE
LAS VEGAS, NV 89117
(Via U.S. Mail)

GLENN SCHAEFFER
7202 W. OCEANFRONT
NEWPORT BEACH, CA 92663-1726
(Via U.S. Mail)
JAMES ARMIN FREEMAN
1705 GLENVIEW DRIVE
LAS VEGAS, NV 89134
(Via U.S. Mail)

DEVENDRA "DEVEN" KUMAR
4 RAVINIA CT.
HENDERSON, NV 89052
(Via U.S. Mail)

ATTN: THE CORPORATION TRUST
COMPANY, REGISTERED AGENT
CORPORATION TRUST CENTER
1209 ORANGE STREET
WILMINGTON, DE 19801
(Via U.S. Mail)

Fontainebleau Resorts, LLC
Attn: Jeffrey Soffer, Manager

20

19950 West Country Club Dr.
Aventura, FL 33180
(Via U.S. Mail)

Camilla M. Denny
137 Deer Run Road
Townsend, DE 19734
(Via U.S. Mail)

Victor A. Duva
847 Hillbrook Lane
Langhorne, PA 19047
(Via U.S. Mail)

Howard C. Karawan
720 Pearl St.
Boulder, CO 80302-5006
(Via U.S. Mail)