United States Bankruptcy Court
Southern District of Florida

Kapila,
     Plaintiff                                     Adv. Proc. No. 15-01002-AJC

National Union Fire Insurance Co. of Pit,
     Defendant

## CERTIFICATE OF NOTICE

District/off: 113C-1         User: gutierrez         Page 1 of 1              Date Rcvd: Feb 23, 2015
                       Form ID: pdf004       Total Noticed: 3

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 25, 2015.
dft           +National Union Fire Insurance Co. of Pittsburgh, P,  c/o CFO, Registered Agent,
            200 E. Gaines St,   Tallahassee, FL 32399-6502
pla           +Soneet R. Kapila,   c/o John H. Genovese, Esq.,   Genovese Joblove & Battista, P.A.,
            100 SE 2nd St., 44th FL,   Miami, FL 33131-2130

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust           +E-mail/Text: USTPRegion21.MM.ECF@usdoj.gov Feb 24 2015 01:14:48     Office of the US Trustee,
            51 S.W. 1st Ave.,   Suite 1204,   Miami, FL 33130-1614
                                                        TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 25, 2015                                 Signature:  _/s/Joseph Speetjens_

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 23, 2015 at the address(es) listed below:
        Carlos L De Zayas, Esq   on behalf of Defendant   Navigators Insurance Company
        cdz@lydeckerdiaz.com,  jfalcon@lydeckerdiaz.com
        David C. Cimo, Esq   on behalf of Plaintiff Soneet R. Kapila dcimo@gjb-law.com,
        gjbecf@gjb-law.com
        John H Genovese, Esq   on behalf of Plaintiff Soneet R. Kapila jgenovese@gjb-law.com,
        hburke@gjb-law.com;gjbecf@gjb-law.com
                                                    TOTAL: 3

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Case No. 15-CV-20383-WILLIAMS**

SONEET R. KAPILA, Chapter 7 Trustee for
Fountainebleau Las Vegas Holdings, LLC,

      Plaintiff,

vs.

NATIONAL UNION FIRE INSURANCE, *et al.*,

      Defendants.

_____/

## ORDER DISMISSING AND CLOSING CASE

THIS MATTER is before the Court on Plaintiff's Notice of Voluntary Dismissal With Prejudice [D.E. 6]. Accordingly, it is **ORDERED AND ADJUDGED** that this action is **DISMISSED WITH PREJUDICE**. Each party shall bear its own costs and fees, except as otherwise agreed. All pending motions are denied as moot and all hearings are canceled. The Clerk is directed to **CLOSE** this case.

DONE AND ORDERED in Chambers in Miami, Florida, this ___ day of February, 2015.

 

                                      KATHLEEN M. WILLIAMS
                                      UNITED STATES DISTRICT JUDGE